UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN DAVIS,

        Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, et al.,

        Defendants.

C17-1232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulation Allowing Plaintiff to File First Amended Complaint, docket no. 18, is GRANTED. Plaintiff shall file a finalized version of the First Amended Complaint, docket no. 18-1, within fourteen (14) days of the date of this Minute Order. LCR 15. Any answer by Defendant State Farm Mutual Automobile Insurance Company is due within thirty (30) days after the First Amended Complaint is filed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of December, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1