UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN DAVIS,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, et al.,

    Defendants.

C17-1232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Parties' Joint Stipulation to Continue Case Management Dates, docket no. 27, the Court hereby resets the following deadlines:

| **JURY TRIAL DATE** | **February 4, 2019** |
|---|---|
| Deadline for amending pleadings | July 16, 2018 |
| Disclosure of expert testimony | July 16, 2018 |
| Discovery motions filing deadline | September 6, 2018 |
| Discovery completion date | October 15, 2018 |
| Dispositive motions filing deadline | November 15, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | January 3, 2019 |
|---|---|
| Agreed pretrial order due | January 18, 2019 |
| Trial briefs, proposed voir dire and proposed jury instructions due | January 18, 2019 |
| Pretrial conference scheduled for | January 25, 2019 at 1:30 p.m. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2