HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JONATHAN DAVIS, | Cause No. 2:17-cv-01232-TSZ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF EXTENDED DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY** |
| USAA CASUALTY INSURANCE COMPANY, et al., | |
| Defendant(s). | |

COME NOW the parties hereto, Plaintiff Jonathan Davis, and Defendants State Farm Mutual Automobile Insurance Company ("State Farm") and USAA Casualty Insurance Company ("USAA"), by and through their respective counsel, hereby stipulate and respectfully request the Court enter an Order continuing the deadline for the Disclosure of Expert Testimony currently set in the Court's Minute Order Setting Trial Date and Related Dates, Dkt. #28, by four weeks until August 16, 2018. .

## **STIPULATION**

The parties hereby stipulate that the deadline for disclosure of expert testimony currently set for July 16, 2018, should be continued by one month until August 16, 2018, with any rebuttal

STIPULATION AND ORDER RE: EXPERT DISCLOSURE
2:17-cv-01232-TSZ
– Page 1

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

| | | |
|---|---|---|
| 1 | experts disclosed pursuant to FRCP 26(a)(2)(D)(ii) by September 17, 2018. | |
| 2 | . | |
| 3 | IT IS HEREBY STIPULATED. | |
| 4 | | |
| 5 | Dated: July 3, 2018 | OLIVE LAW NORTHWEST PLLC |
| 6 | | |
| 7 | | s/Kyle C. Olive_____<br>Kyle C. Olive, WSBA No. 35552 |
| 8 | | kyle@olivelawnw.com<br>1218 Third Avenue, Suite 1000 |
| 9 | | Seattle, WA 98101<br>Tel: 206-629-9909<br>Attorney for Plaintiff Jonathan Davis |
| 10 | Dated: July 3, 2018 | |
| 11 | | s/Michael S. Rogers_____<br>Michael S. Rogers, WSBA No. 1642 |
| 12 | | mrogers@rmlaw.com<br>1215 Fourth Avenue, Suite 1700 |
| 13 | | Seattle, WA 98161<br>Tel: 206-292-4900 |
| 14 | | Attorney for Defendant State Farm |
| 15 | Dated: July 3, 2018 | |
| 16 | | s/Brian R. Davis_____<br>Brian R. Davis, WSBA No. 53414<br>Robert McClay, WSBA No. 32662 |
| 17 | | rsm@dkmlawgroup.com<br>Joshua Kastan, WSBA No. 50899 |
| 18 | | 801 Second Avenue, Suite 800<br>Seattle, WA 98104 |
| 19 | | Tel: 415-421-1100<br>Attorney for Defendant USAA |

STIPULATION AND ORDER RE: EXPERT DISCLOSURE
2:17-cv-01232-TSZ
– Page 2

OLIVE LAW NORTHWEST PLLC
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081

## **ORDER**

Based on the Stipulation of Extended Deadline for Disclosure of Expert Witnesses, it is hereby ORDERED that the deadline for Disclosure of Expert Testimony shall be extended. The following deadlines are hereby set for Disclosure of Expert Testimony:

Disclosure of Expert Testimony Pursuant to Fed. R. Civ. P. 26(a)(2):     8/16/18

Disclosure of Rebuttal Testimony Pursuant to Fed. R. Civ. P. 26(a)(2)(ii): 9/17/18

All other deadline imposed by the Court's March 16, 2018, Minute Order, docket no. 28, shall remain in place.

DATED this 16th day of July 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER RE: EXPERT DISCLOSURE
2:17-cv-01232-TSZ
– Page 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081