1
2
3                                             HONORABLE THOMAS S. ZILLY
4
5
6                        UNITED STATES DISTRICT COURT
7              FOR THE WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
8

JONATHAN DAVIS,

9                                          Cause No. 2:17-cv-01232-TSZ
                 Plaintiff,
10
         v.                                STIPULATION AND ORDER ALLOWING
11                                         WITHDRAWAL AND SUBSTITUTION OF
                                           PLAINTIFF'S COUNSEL
   USAA CASUALTY INSURANCE
12 COMPANY, et al.,

13               Defendant(s).

14          COME NOW the parties hereto, Plaintiff Jonathan Davis, and Defendants State Farm

15 Mutual Automobile Insurance Company ("State Farm") and USAA Casualty Insurance

16 Company ("USAA"), and by and through their respective counsel, hereby stipulate and

17 respectfully request the Court enter an Order allowing Plaintiff's counsel, Kyle C. Olive, to

18 withdraw and allowing new counsel, Charles P. Randall, to appear on behalf of Plaintiff.

19                                  **STIPULATION**

20          Pursuant to LCR 83.2(b), the parties hereby stipulate to and request an order from the

21 court allowing Plaintiff's counsel, Kyle C. Olive, to withdraw and allowing Charles P. Randall,

22 to appear on behalf of the plaintiff.

23

STIPULATION AND ORDER FOR WITHDRAWAL            **OLIVE LAW NORTHWEST PLLC**
AND SUBSTITUTION OF PLAINTIFF'S COUNSEL         1218 Third Avenue, Suite 1000
                                                Seattle, WA 98101
   2:17-cv-01232-TSZ                            T: (206) 629-9909
                                                F: (206) 971-5081
   – Page 1

IT IS SO STIPULATED

Dated: August 8, 2018                    OLIVE LAW NORTHWEST PLLC

                                         **s/Kyle C. Olive_____**
                                         Kyle C. Olive, WSBA No. 35552
                                         kyle@olivelawnw.com
                                         1218 Third Avenue, Suite 1000
                                         Seattle, WA 98101
                                         Tel:    206-629-9909
                                         Withdrawing Attorney for Plaintiff


                                         C.P. RANDALL LAWERS, P.C.

                                         **_s/Charles P. Randall_____**
                                         Charles P. Randall, WSBA No. 52444
                                         charlie@cprandall.com
                                         1455 NW Leary Way Ste 400
                                         Seattle, WA 98107
                                         Tel:    206-900-7900
                                         Appearing Attorney for Plaintiff


Dated:        August 8, 2018
                                         **_s/Michael S. Rogers_____**
                                         Michael S. Rogers, WSBA No. 1642
                                         mrogers@rmlaw.com
                                         1215 Fourth Avenue, Suite 1700
                                         Seattle, WA 98161
                                         Tel:    206-292-4900
                                         Attorney for Defendant State Farm

Dated:        August 8, 2018
                                         **___s/Brian R. Davis_____**
                                         Brian Davis, WSBA No. 53414
                                         brd@dkmlawgroup.com
                                         801 Second Avenue, Suite 800
                                         Seattle, WA 98104
                                         Tel:    415-421-1100
                                         Attorney for Defendant USAA

STIPULATION AND ORDER FOR WITHDRAWAL         OLIVE LAW NORTHWEST PLLC
AND SUBSTITUTION OF PLAINTIFF'S COUNSEL       1218 Third Avenue, Suite 1000
                                                      Seattle, WA 98101
2:17-cv-01232-TSZ                                   T: (206) 629-9909
                                                    F: (206) 971-5081
– Page 2

# ORDER

Having reviewed the Stipulation of the parties, docket no. 32, the Court enters this ORDER allowing Plaintiff's counsel, Kyle C. Olive, to withdraw and allowing Charles P. Randall to appear on behalf of Plaintiff.

DATED this 9th day of August 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF PLAINTIFF'S COUNSEL

2:17-cv-01232-TSZ

– Page 3

**OLIVE LAW NORTHWEST PLLC**
1218 Third Avenue, Suite 1000
Seattle, WA 98101
T: (206) 629-9909
F: (206) 971-5081