UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN DAVIS,

        Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, et al.,

        Defendants.

C17-1232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion to extend deadlines, docket no. 34, is GRANTED in part and DENIED in part. The deadline to disclose expert testimony is EXTENDED from August 16, 2018, to September 14, 2018. The deadline to disclose rebuttal expert testimony is EXTENDED from September 17, 2018, to October 15, 2018. The parties may have until November 2, 2018, to depose any designated expert witnesses. All other deadlines imposed in the Court's March 16, 2018, Minute Order shall remain unchanged. The parties are DIRECTED to engage in mediation pursuant to Local Civil Rule 39.1(c) no later than October 31, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of August, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1