UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN DAVIS,

        Plaintiff,

  v.

USAA CASUALTY INSURANCE COMPANY, et al.,

        Defendants.

C17-1232 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Charles P. Randall's Motion to Withdraw from Further Representation of Plaintiff Jonathan Davis, docket no. 42, and Notice of Ethical Conflict and Request for Conference in Re Motion for Relief from a Deadline and Seeking Other Relief, docket no. 44, are DISMISSED without prejudice as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of October, 2018.

                                  William M. McCool
                                  Clerk

                                  s/Karen Dews
                                  Deputy Clerk

MINUTE ORDER - 1