UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN DAVIS,<br><br>    Plaintiff,<br><br> v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | C17-1232 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The Parties' Stipulation and Motion to Enlarge Time for Depositions of Experts and Mediation, docket no. 50, is GRANTED in part. The deadline for depositions of experts and mediation is extended until November 15, 2018. The remaining dates set by the Court's March 16, 2018, Minute Order, docket no. 28, as modified by the August 30, 2018, Minute Order, docket no. 40, remain unchanged.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2018.

                 William M. McCool
                 Clerk

                 s/Karen Dews
                 Deputy Clerk

MINUTE ORDER - 1